**ORIGINAL**

THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
ROBERT MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tele: (415) 744-6483
Fax: (415) 744-6476

FREDERICK A. BLACK
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
FEB 1 9 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00035 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| GUAM WATERWORKS AUTHORITY ) | |
| and the GOVERNMENT OF GUAM, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam hereby certify that on 19TH day of February, 2003, I caused to be

served by personal service a copy of "Complaint For Injunctive Relief And Civil Penalties Under The Clean Water Act And Safe Drinking Water Act", in the above entitled case to:

    Douglas B. Moylan
    Attorney General
    Office of the Attorney General
    Suite 2-200E, Judicial Center Building
    120 W. O'Brien Drive
    Hagatna, Guam 96910

*Frances B. Leon Guerrero*
FRANCES B. LEON GUERRERO
Legal Assistant

2