# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

### SUMMONS IN A CIVIL ACTION

UNITED STATES OF AMERICA,

CASE NUMBER: 02-00035

V.

GUAM WATERWORKS AUTHORITY and the
GOVERNMENT OF GUAM

TO: (Name and Address of Defednat)

ATTORNEY GENERAL FOR THE
TERRITORY OF GUAM

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| THOMAS L. SANSONETTI<br>Assistant Attorney General<br>ROBERT D. MULLANEY<br>Environment Enforcement Section<br>Environment & Natural Resources Division<br>301 Howard Street<br>San Francisco, CA 94105 | FREDERICK A. BLACK, U.S. Attorney<br>MIKEL W. SCHWAB, Assistant U.S. Attorney<br>U.S. Attorney's Office<br>United States Department of Justice<br>Sirena Plaza, Suite 500<br>108 Hagatna, Guam 96910 |

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

FEB 20 2003

MARY L.M. MORAN
CLERK

DATE

BY DEPUTY CLERK

ORIGINAL

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE February 20, 2003 |
| NAME OF SERVER (PRINT) Teresa Ann Catahay | TITLE Receptionist/Clerk |

Check one box below to indicate appropriate method of service

☐ Service personally upon the defendant. Place of served:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and Discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____

☒ Other (specify): Secretary, Janet L. Rosario @ 12:59pm

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/20/03
           Date

Signature of Server

U.S. Attorney's Office Hagatna, Guam
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure