THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
ROBERT D. MULLANEY
Environmental Enforcement Section
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel: (415) 744-6491
Fax: (415) 744-6476
FREDERICK A. BLACK
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR - 6 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GUAM WATERWORKS AUTHORITY and the GOVERNMENT OF GUAM, <br><br> Defendants. | CIVIL NO. 02-00035 <br><br> **UNITED STATES' MOTION TO EXTEND SCHEDULING HEARING; ORDER** |

On December 20, 2002, the United States filed a complaint in the above entitled case. In order to allow a period of time for negotiations with the defendants, the United States agreed to delay service of the complaint for a 60-day period. The complaint was served on defendants on

1 | February 19, 2003.

2 | Triggered by the December 20, 2002, filing, the Court ordered a scheduling hearing for March 20, 2003, and required the filing of a scheduling order and discovery plan on March 5, 2003. The United States hereby requests an extension of the time for the scheduling hearing to approximately 45 days later, the 14th day of May, 2003 at 3:30 am/pm.; and an extension of the requirement to submit the scheduling order and discovery plan to the 5th day of May 2003.

(Note that the United States filed a "Motion To Vacate and Reissue the Scheduling Notice" on 27 February 2003. This Motion to Extend the Scheduling Hearing is intended to supercede that Motion. This Motion more accurately reflects the goal of the United States in avoiding a scheduling hearing before the Complaint is answered and the parties have conferred on a schedule.)

Respectfully submitted this 4th day of March 2003.

FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
ROBERT D. MULLANEY
Environmental Enforcement Section
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel: (415) 744-6491
Fax: (415) 744-6476

## \*\*\*ORDER\*\*\*

The Scheduling Conference ordered for 20th day of March 2003, is hereby extended to the 14th day of May 2003, at 3:30 am/(pm). A scheduling order and discovery plan will be submitted on the 5th day of May 2003.

**IT IS SO ORDERED.**

_____
JOHN S. UNPINGCO
Chief Judge

