**Office of the Attorney General**
**Douglas B. Moylan**
Attorney General of Guam
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**



FILED
DISTRICT COURT OF GUAM
MAR 27 2003
MARY L. M. MORAN

# UNITED STATES DISTRICT COURT
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GUAM WATERWORKS AUTHORITY and the GOVERNMENT OF GUAM,<br>Defendants. | Civil Case No. CV_02-00035____<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER** |

The parties, by and through their respective counsel, J. Basil O'Mallan III Assistant Attorney General for Defendants Guam Waterworks Authority and the Government of Guam, and Mikel Schwab, Assistant United States Attorney for Plaintiff United States of America, hereby agree and stipulate that:

1. The answer in the above-cited case is due March 26, 2003;

2. The parties are actively in negotiations concerning a Proposed Stipulated Order that will be dispositive of this matter, and that Defendants' response to the Proposed Stipulated Order is April 1, 2003;

/ / /

3. The Defendants will have until April 18, 2003, to file their answer to the complaint.

**SO STIPULATED:**

_____  3/26/03
**J. BASIL O'MALLAN III**   Date
Assistant Attorney General

_____
**MIKEL SCHWAB**   Date
Assistant United States Attorney

**IT IS SO ORDERED** this __27th__ day of March, 2003.

_____
**JOHN S. UNPINGCO**
Chief Judge, District Court of Guam

RECEIVED
MAR 26 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM