DOOLEY LANNEN ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

Attorneys for Guam Waterworks Authority

FILED
DISTRICT COURT OF GUAM
APR 21 2003
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00035 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION AND ORDER TO** |
| ) | **EXTEND TIME TO FILE ANSWER** |
| GUAM WATERWORKS AUTHORITY ) | |
| and the GOVERNMENT OF GUAM, ) | |
| ) | |
| Defendants. ) | |

The parties, by and through their respective counsel, J. Basil O'Mallan III, Esq., Assistant Attorney General for Defendant Government of Guam, Dooley Lannen Roberts & Fowler LLP by Jon A. Visosky, Esq. for Defendant Guam Waterworks Authority, and Mikel Schwab, Esq., Assistant United States Attorney for Plaintiff United States of America, hereby agree and stipulate that:

1. Pursuant to a Stipulation and Order to Extend Time to File Answer, filed March 27, 2003, Defendants have until April 18, 2003 to file their answer in this matter; and

2. The Parties are actively negotiating a Stipulated Order that will dispose of this matter, such that Defendants' answer need not be filed until May 2, 2003.

DOOLEY LANNEN KEELER & ROBERTS LLP

Date: April 17, 2003    By: _____
                              JON A. VISOSKY
                              Attorneys for Defendant
                              Guam Waterworks Authority


OFFICE OF THE ATTORNEY GENERAL
- CIVIL DIVISION


Date: 4/17/03    By: _____
                        J. BASIL O'MALLAN III
                        Assistant Attorney General
                        Attorneys for Defendant
                        Government of Guam

UNITED STATES ATTORNEY

Date: 17 APR 2003    By: _____
                            MIKEL SCHWAB
                            Assistant United States Attorney
                            Attorneys for Plaintiff
                            United States of America


IT IS SO ORDERED this 21st day of April, 2003.

_____
JOHN S. UNPINGCO
Chief Judge, District Court of Guam


F:\Documents\1\5 Civil\GWA\G142.112 EPA II\Stipulation and Order.doc