ORIGINAL

THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
ROBERT D. MULLANEY
Environmental Enforcement Section
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel: (415) 744-6491
Fax: (415) 744-6476
FREDERICK A. BLACK
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAY - 5 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GUAM WATERWORKS AUTHORITY and the GOVERNMENT OF GUAM, <br><br> Defendants. | CIVIL NO. 02-00035 <br><br> **AMENDED MOTION TO TO EXTEND SCHEDULING HEARING; ORDER** |

The United States hereby requests, and both parties stipulate to, a continuance of time for a second submission of a Scheduling Hearing and Scheduling Order. Approximately 30 days extension is requested while the parties continue to engage in productive settlement negotiations.

**A. HISTORY**

On December 20, 2002, the United States filed a complaint in the above entitled case. In order to allow a period of time for negotiations with the defendants, the United States agreed to delay service of the complaint for a 60-day period. The complaint was served on defendants on February 19, 2003.

The Court ordered a scheduling hearing for March 20, 2003, and required the filing of a Scheduling Order and Discovery Plan on March 5, 2003. The United States filed on March 6, 2003, a motion requesting for an extension of approximately 45 days to May 14, 2003, for the scheduling hearing and to May 5, 2003 to submit the Scheduling Order and Discovery Plan. That motion was granted.

**B. EXTENSION REQUESTED**

The United States now hereby requests that the Scheduling Hearing be set for Monday, June 16, 2003, and the Scheduling Order and Discovery Plan be due for submission on Monday, June 9, 2003.

Respectfully submitted this 30th day of April 2003.

FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
ROBERT D. MULLANEY
Environmental Enforcement Section
Environment & Natural Resources Division

***ORDER***

The Scheduling Conference ordered for 14th day of May 2003, is hereby extended to the 16th day of June 2003, at 3:30 am/pm. A Scheduling Order and Discovery Plan will be submitted on the 9th day of June 2003.

IT IS SO ORDERED.

_____
JOHN S. UNPINGCO
Chief Judge

RECEIVED
MAY - 1 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

- 2 -