DOOLEY LANNEN ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

Attorneys for Guam Waterworks Authority

FILED
DISTRICT COURT OF GUAM
MAY - 5 2003
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00035 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER** |
| GUAM WATERWORKS AUTHORITY and the GOVERNMENT OF GUAM, | |
| Defendants. | |

The parties, by and through their respective counsel, J. Basil O'Mallan III, Esq., Assistant Attorney General for Defendant Government of Guam, Dooley Lannen Roberts & Fowler LLP by Jon A. Visosky, Esq. for Defendant Guam Waterworks Authority, and Mikel Schwab, Esq., Assistant United States Attorney for Plaintiff United States of America, hereby agree and stipulate that:

1. Pursuant to a Stipulation and Order to Extend Time to File Answer, filed April 21, 2003, Defendants have until May 2, 2003 to file their answer in this matter; and

2. The Parties are actively negotiating a Stipulated Order that will dispose of this matter, such that Defendants' answer need not be filed until May 16, 2003.

///

DOOLEY LANNEN KEELER & ROBERTS LLP

Date: 5/2/03           By: _____
                           **JON A. VISOSKY**
                           Attorneys for Defendant
                           Guam Waterworks Authority

OFFICE OF THE ATTORNEY GENERAL
- CIVIL DIVISION

Date: 5/2/03           By: _____
                           **J. BASIL O'MALLAN III**
                           Assistant Attorney General
                           Attorneys for Defendant
                           Government of Guam

UNITED STATES ATTORNEY

Date: 5/2/03           By: _____
                           **MIKEL SCHWAB**
                           Assistant United States Attorney
                           Attorneys for Plaintiff
                           United States of America

IT IS SO ORDERED this 5th day of May, 2003.

_____
**JOHN S. UNPINGCO**
Chief Judge, District Court of Guam

RECEIVED
MAY - 2 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

F:\Documents\1\5 Civil\GWA\G142.112 EPA II\Stipulation and Order-2nd.doc

2