

**Office of the Attorney General**
**Douglas B. Moylan**
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil Case No. 02-00035 |
| Plaintiff, ) | |
| vs. ) | |
| GUAM WATERWORKS AUTHORITY and ) the GOVERNMENT OF GUAM, ) | **STIPULATION FOR EXTENSION OF TIME** |
| Defendants. ) | |

Joseph A. Guthrie, attorney for Government of Guam, Jon Visosky, attorney for Guam Waterworks Authority and Mikel Schwab, attorney for the United States hereby stipulate to an

/ / / / /

/ / / / /

/ / / / /

extension of time, until May 20, 2003 for the Defendants to answer the complaint. This extension is required to allow the parties additional time to finalize the settlement agreement.

Presented by:

| | |
|---|---|
| OFFICE OF THE ATTORNEY GENERAL<br>**Douglas B. Moylan, Attorney General** | DOOLEY LANNEN ROBERTS & FOWLER LLP |

By: _____
JOSEPH A. GUTHRIE
Assistant Attorney General
For the Government of Guam

_____
JON A. VISOSKY
Attorney for Guam Waterworks Authority

Date: 5/16/03

Date: 5/16/03

THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
ROBERT D. MULLANEY
Environmental Enforcement Section
Environment & Natural Resources Division

FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

By: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney
For the United States of America
Plaintiff

Date: 5/16/03