

Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**



# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Case No. 02-00035 |
| Plaintiff, | ) | |
| vs. | ) | |
| GUAM WATERWORKS AUTHORITY and the GOVERNMENT OF GUAM, | ) | ~~PROPOSED~~ ORDER GRANTING EXTENSION OF TIME TO ANSWER |
| Defendants. | ) | |

Counsel for the Defendant, the Government of Guam, having applied for additional time, until May 20, 2003, to Answer the Complaint in this matter, and good cause appearing therefore, additional time is hereby granted to Answer the Complaint.

/ / / / /

/ / / / /

/ / / / /

---

Page 1
*Proposed Order Granting Extension of Time to Answer*
District Court of Guam Civil Case No. 02-00035

SO ORDERED this 21st day of May, 2003, at _____ .m. o'clock.

*signature*

JOHN S. UNPINGCO
Chief Judge, District Court of Guam

F:02cv0035.proposed order\ba:sia

RECEIVED
MAY 19 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM