ROBERT N. DAVIS
A PROFESSIONAL CORPORATION
YPAO PLAZA, SUITE 103
340 SAN VITORES ROAD
TUMON, GUAM 96913
TELEPHONE (671) 649-1997/8
FACSIMILE (671) 649-1995

Attorney for Intervenor
Terri C. Davis

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00035 |
| ) | |
| Plaintiff, ) | |
| ) | |
| and TERRI C. DAVIS, ) | |
| ) | **AGREEMENT OF HEARING DATE** |
| Applicant for Intervention) | |
| ) | |
| vs. ) | |
| ) | |
| GUAM WATERWORKS AUTHORITY ) | |
| and the GOVERNMENT OF GUAM, ) | |
| ) | |
| Defendants. ) | |

PURSUANT TO LOCAL RULE 7.1, the parties in the above-captioned case hereby acknowledge the following:

1. I, ROBERT N. DAVIS, P.C., am the attorney for the Applicant for Intervention TERRI C. DAVIS, in this matter. I have contacted the attorneys for the other parties in this action, to agree upon a date for oral argument of my *Notice of Motion and Motion to Intervene*, which I filed in this matter on May 22, 2003.

///

2. The attorneys for the other parties are:

Plaintiff United States of America:	U.S. Attorney
Mikel Schwab, Assistant U.S. Attorney
Suite 500, Sirena Plaza Bldg.
108 Hernan Cortez Ave.
Hagatna, Guam 96910

Defendant Guam Waterworks Authority:	Law Offices of Dooley Lannen Roberts &
Fowler LLP
Kevin J. Fowler, Esq.
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96911

Defendant Government of Guam:	Guam Attorney General's Office
J. Basil O'Mallan III, Assistant AG
Suite 2-200E Guam Judicial Center
120 West O'Brien Drive
Hagatna, Guam 96910

3. We agreed during a telephonic conference held on May 29, 2003, upon the following date: **Friday June 20, 2003 at 10:00 a.m.**

4. I called the Deputy Clerk of Court to ensure that the Court is available on the above date.

5. After filing this *Agreement of Hearing Date* on May 29, 2003, I will personally serve copies on the parties above.

DATED: MAY 29, 2003

_____
ROBERT N. DAVIS, P.C.,
Attorney for Applicant for Intervention
Terri C. Davis

ROBERT N. DAVIS
A PROFESSIONAL CORPORATION
YPAO PLAZA SUITE 103
340 SAN VITORES ROAD
TUMON, GUAM 96913
TELEPHONE (671) 649-1197/8

-2-

Case 1:02-cv-00035   Document 14   Filed 05/29/2003   Page 2 of 2