ROBERT N. DAVIS
A PROFESSIONAL CORPORATION
YPAO PLAZA, SUITE 103
340 SAN VITORES ROAD
TUMON, GUAM 96913
TELEPHONE (671) 649-1997/8
FACSIMILE (671) 649-1995

Attorney for Intervenor
Terri C. Davis

FILED
DISTRICT COURT OF GUAM
MAY 29 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00035 |
| ) | |
| Plaintiff, ) | |
| ) | |
| and TERRI C. DAVIS, ) | |
| ) | DECLARATION OF SERVICE |
| Applicant for Intervention) | |
| ) | |
| vs. ) | |
| ) | |
| GUAM WATERWORKS AUTHORITY ) | |
| and the GOVERNMENT OF GUAM, ) | |
| ) | |
| Defendants. ) | |

I, ROBERT N. DAVIS, declare and state as follows:

1. I represent the Applicant for Intervention TERRI C. DAVIS, in the above-captioned case.

2. As shown on the attachment to this Declaration, on 05/22/2003 I filed a *Notice of Motion And Motion To Intervene* in this matter, and on the same day I personally served copies on the other parties at:

Plaintiff United States of America:   U.S. Attorney
Suite 500, Sirena Plaza Bldg.
108 Hernan Cortez Ave.
Hagatna, Guam 96910

| | |
|---|---|
| Defendant Guam Waterworks Authority: | Law Offices of Dooley Lannen Roberts & Fowler LLP<br>Suite 201, Orlean Pacific Plaza<br>865 South Marine Drive<br>Tamuning, Guam 96911 |
| Defendant Government of Guam: | Guam Attorney General's Office<br>Suite 2-200E Guam Judicial Center<br>120 West O'Brien Drive<br>Hagatna, Guam 96910 |

3. Furthermore, I sent a courtesy copy via certified mail to the Environmental Protection Agency as a real party in interest in this matter, to:   ROBERT D. MULLANEY
Environmental Enforcement Section
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105

I declare under penalty of perjury, pursuant to Title 6 G.C.A. §4308, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 29th day of May, 2003.

_____
ROBERT N. DAVIS, P.C.
Attorney for Applicant for Intervention
Terri C. Davis

**ROBERT N. DAVIS**
A PROFESSIONAL CORPORATION
YPAO PLAZA SUITE 103
340 SAN VITORES ROAD
TUMON, GUAM 96913
TELEPHONE (671) 649-1197/8

-2-

Case 1:02-cv-00035   Document 15   Filed 05/29/2003   Page 2 of 3

RECEIVED
MAY 22 2003
ATTORNEY GENERAL'S OFFICE

FILED
DISTRICT COURT OF GUAM
MAY 22 2003
MARY L. M. MORAN
CLERK OF COURT

RECEIVED
9:52 am
MAY 22 2003
DOOLEY LANNEN
ROBERTS & FOWLER LL

1  **ROBERT N. DAVIS**
   A PROFESSIONAL CORPORATION
   YPAO PLAZA, SUITE 103
2  340 SAN VITORES ROAD
   TUMON, GUAM 96913
3  TELEPHONE (671) 649-1997/8
   FACSIMILE (671) 649-1995
4  **Attorney for Intervenor**
   **Terri C. Davis**

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00035 |
| Plaintiff, | |
| and TERRI C. DAVIS, | |
| Applicant for Intervention | |
| vs. | NOTICE OF MOTION AND MOTION TO INTERVENE |
| GUAM WATERWORKS AUTHORITY and the GOVERNMENT OF GUAM, | [FRCP 24(a)] |
| Defendants. | |

***NOTICE***

**PLEASE TAKE NOTICE** that on JUN 1 3 2003 _____, at the hour of _10:00_ _a_.m.,



bring the below motion on for hearing.

***MOTION***

...eral Rules of Civil Procedure ("FRCP"), Rule 24(a), the applicant

... (hereinafter, the "Intervenor"), a citizen of the United States and

... her undersigned attorney Robert N. Davis, Esq., hereby moves

... a matter of right as a co-plaintiff in the above-captioned action,

...rth in the *Proposed Complaint* attached hereto as Exhibit "1".