

**Office of the Attorney General**
**Douglas B. Moylan**
Attorney General of Guam
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

Attorneys for the Government of Guam

FILED
DISTRICT COURT OF GUAM
JUN 06 2003
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>and TERRI C. DAVIS,<br><br>Applicant for Intervention,<br><br>vs.<br><br>GUAM WATERWORKS AUTHORITY<br>and the GOVERNMENT OF GUAM,<br><br>Defendants. | CIVIL CASE NO. 02-00035<br><br>NOTICE OF OPPOSITION TO MOTION TO INTERVENE AND JOINDER IN GUAM WATERWORKS AUTHORITY'S MEMORANDUM IN OPPOSITION TO MOTION TO INTERVENE |

Defendant Government of Guam opposes the Motion for Intervention filed herein by Applicant for Intervention on May 22, 2003 and joins in the Memorandum in Opposition to Motion to Intervene filed by Guam Waterworks Authority.

Date: June 6, 2003

OFFICE OF THE ATTORNEY GENERAL

BY: _____
ERIC A. HEISEL
Assistant Attorney General, Solicitors Division
Attorney for Government of Guam

Page 1
Notice of Opposition to Motion to Intervene and Joinder in Guam Waterworks Authority's Memorandum in Opposition to Motion to Intervene
District Court Civil Case No. 02-00035
ORIGINAL
F:\Civil Litigation\eheisel\02F0250.P01

Case 1:02-cv-00035   Document 20   Filed 06/06/2003   Page 1 of 1