THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
ROBERT D. MULLANEY
Environmental Enforcement Section
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel: (415) 744-6491
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN 12 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00035 |
| Plaintiff, | |
| v. | **STIPULATED MOTION TO SUSPEND REQUIREMENT OF SUBMITTING SCHEDULING ORDER AND TO STAY LITIGATION** |
| GUAM WATERWORKS AUTHORITY and the GOVERNMENT OF GUAM, | |
| Defendants. | |

The United States filed a complaint in this action on December 20, 2002, seeking injunctive relief and the assessment of civil penalties against the Guam Waterworks Authority ("GWA") under the Clean Water Act, 33 U.S.C. §§ 1251 - 1387 (the "CWA"), and the Safe Drinking Water Act, 42 U.S.C. §§ 300f - 300j-26 (the "SDWA"). The Government of Guam ("GovGuam") was joined as a statutory defendant in this action pursuant to CWA section 309(e), 33 U.S.C. § 1319(e).

In order to allow a period of time for negotiations with the defendants, the United States agreed to delay service of the complaint for a 60-day period. The parties also agreed to extend the time for answering the complaint to allow additional time for negotiations.

This Court issued a Scheduling Notice on February 5, 2003, requiring a proposed Scheduling Order and Discovery Plan to be filed on March 5, 2003, and setting a Scheduling Conference for March 16, 2003. The United States twice requested an extension of the Scheduling Conference to allow the parties to engage in settlement discussions. The Court granted both requests and extended the time for the Scheduling Conference as well as for the submittal of the proposed Scheduling Order and Discovery Plan.

After months of negotiations, the parties were able to reach an agreement on the terms of a Stipulated Order for Preliminary Relief ("Stipulated Order"), which the United States filed with /the Court on May 21, 2003. The 41-page Stipulated Order contains a comprehensive set of interim measures to address GWA's violations of the CWA and SDWA. Among other things, the Stipulated Order includes a set of schedules requiring GWA to implement a broad range of measures addressing GWA's management and

//
//
//

- 2 -

Case 1:02-cv-00035   Document 22   Filed 06/12/2003   Page 2 of 5

organizational structures, operations and maintenance, financial administration, as well as short-term construction and rehabilitation projects.[1] On June 5, 2003, this Court approved and entered the Stipulated Order submitted by the parties.

As the Court stated in the Scheduling Notice, the Local Rules establish procedures for complying with Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure. Pursuant to Fed.R.Civ.P. 16, the Court may hold pretrial conferences and issue orders controlling the litigation from the outset. The purposes of this case management include: (1) to expedite the disposition of the action, (2) to discourage wasteful pretrial activities, and (3) to facilitate the settlement of the case. Fed.R.Civ.P. 16(a). Similarly, Fed.R.Civ.P. 26(f) requires the parties to confer "to consider the nature and basis of their claims and defenses and the possibility of a prompt settlement or resolution of the case." The parties achieved these purposes by negotiating the terms of the Stipulated Order, which sets dates for the immediate implementation of short-term projects and initial planning measures by GWA and GovGuam to address GWA's compliance problems. The Stipulated Order is enforceable in all of its terms by this Court, and does not affect or resolve the United States' claims for civil penalties or permanent injunctive relief. Stipulated Order at ¶¶ 70, 71. The parties contemplate entering into a further stipulation to address additional compliance issues after Defendants' completion of the initial planning measures set out in the Stipulated Order. Id. at p. 3.

At this stage, the parties believe that GWA's resources should be directed at

//
//
//

---

[1] The Stipulated Order sets various schedules for implementation of projects. Most projects are required to be completed within three years after the entry date of the Stipulated Order.

implementing the measures set out in the Stipulated Order. The parties estimate that it will take at least three years for GWA to implement the projects required by the Stipulated Order. During that three-year period, the parties will have the benefit of additional information provided by GWA's planning measures required by the Stipulated Order. It is conceivable that the parties may enter into a further stipulation or a consent decree to address any additional compliance issues. In order to allow GWA to focus on implementation issues under the Stipulated Order at this time, the parties respectfully request the Court to suspend the requirement that the parties submit a Scheduling Order and Discovery Plan and to stay this litigation.

Therefore, the parties jointly move that:

(1) The requirement to submit a proposed Scheduling Order and Discovery Plan shall be suspended and the Scheduling Conference set for June 16, 2003, shall be taken off calendar;

(2) All litigation in this case except that necessary to implement and enforce the terms of the Stipulated Order shall be stayed;

(3) If any party wishes to end the stay of this matter, it may end the stay by serving notice upon the other parties and the Court informing them that the stay is lifted; no action by the Court shall be necessary to lift the stay;

//
//
//
//
//
//
//
//
//

(4) The party lifting the stay shall also concurrently request the Court to issue a Scheduling Notice requiring the submittal of a proposed Scheduling Order and Discovery Plan and setting a Scheduling Conference.

So stipulated this 9th day of June, 2003.

LEONARDO M. RAPADAS
United States Attorney

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

For Guam Waterworks Authority and the Government of Guam, Defendants:

Dated: 6/9/03 _____
DOUGLAS B. MOYLAN
Attorney General of Guam
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagatna, Guam 96910
(671) 475-3324

Dated: June 9, 2003 _____
JON A. VISOSKY
Dooley Lannen Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
(671) 646-1222

## ORDER

**APPROVED AND SO ORDERED** this 11th day of June, 2003.

_____
JOHN S. UNPINGCO
Chief Judge

- 5 -

RECEIVED
JUN 10 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM