ORIGINAL

THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
ROBERT D. MULLANEY
Environmental Enforcement Section
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel: (415) 744-6491
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUN 12 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>and TERRI C. DAVIS,<br><br>    Applicant for Intervention,<br><br>vs.<br><br>GUAM WATERWORKS AUTHORITY and the<br>GOVERNMENT OF GUAM,<br><br>    Defendants. | CIVIL NO. 02-00035<br><br>MOTION TO ALLOW COUNSEL FOR THE PLAINTIFF UNITED STATES TO PARTICIPATE BY TELEPHONE AND PROPOSED ORDER THEREFOR<br><br>DATE: June 20, 2003<br>TIME: 10:00 a.m. |

The United States of America hereby submits this Motion and respectfully requests the Court to allow counsel for the United States, Robert Mullaney, to participate in the telephonic conference presently scheduled for June 20, 2003, at 10:00 a.m. by telephone.

1 | Robert Mullaney will be available at telephone number (415) 744-6483. AUSA
2 | Mikel W. Schwab will be Off-Island and in his place AUSA Marivic P. David will be in
3 | the courtroom.

Dated: June 12, 2003

Respectfully submitted,

THOMAS L. SANSONETTI
Assistant Attorney General

LEONARDO M. RAPADAS
United States Attorney

_____
MIKEL SCHWAB
Assistant U.S. Attorney

ROBERT MULLANEY
U.S. Department of Justice
Environment & Natural Resources Division