THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
ROBERT D. MULLANEY
Environmental Enforcement Section
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel: (415) 744-6491
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant United Status Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>and TERRI C. DAVIS,<br><br>Applicant for Intervention,<br><br>vs.<br><br>GUAM WATERWORKS AUTHORITY and the GOVERNMENT OF GUAM,<br><br>Defendants. | CIVIL NO.02-00035<br><br>~~PROPOSED~~ ORDER GRANTING PLAINTIFF UNITED STATES' MOTION TO APPEAR BY TELEPHONE<br><br>DATE: June 20, 2003<br>TIME: 10:00 a.m. |

Having considered Plaintiff's Motion to allow counsel to appear at the status conference to be held ~~June 20~~, 2003, at 10:30 a.m. via telephone, this Court finds that the Motion should be and hereby is **G R A N T E D**.

**SO ORDERED.**

Dated: JUN 1 3 2003

JOHN S. UNPINGCO
Chief District Judge

FILED
DISTRICT COURT OF GUAM
JUN 1 3 2003
MARY L. M. MORAN
CLERK OF COURT

RECEIVED
JUN 1 2 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

- 3 -