ROBERT N. DAVIS
A PROFESSIONAL CORPORATION
YPAO PLAZA, SUITE 103
340 SAN VITORES ROAD
TUMON, GUAM 96913
TELEPHONE (671) 649-1997/8
FACSIMILE (671) 649-1995
Attorney for Intervenor
Terri C. Davis

FILED
DISTRICT COURT OF GUAM
JUN 16 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00035 |
| Plaintiff, ) | |
| and TERRI C. DAVIS, ) | NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE |
| Applicant for Intervention) | |
| vs. ) | |
| GUAM WATERWORKS AUTHORITY ) and the GOVERNMENT OF GUAM, ) | |
| Defendants. ) | |

COMES NOW the Applicant for Intervention TERRI C. DAVIS, by and through her undersigned counsel Robert N. Davis, P.C., and pursuant to the Local Rules of Civil Practice LR7.1(h)(1) hereby gives notice to all parties of the withdrawal, without prejudice, of the *Notice of Motion and Motion to Intervene* filed on May 22, 2003 in the above-captioned matter; and further requests that the Court cancel the hearing for oral arguments on said motion scheduled for Friday June 20, 2003 at 10:00 a.m.

DATED: 06-16-2003

_____
ROBERT N. DAVIS, P.C.
Attorney for Applicant for Intervention Terri C. Davis

ORIGINAL