**ROBERT N. DAVIS**
A PROFESSIONAL CORPORATION
YPAO PLAZA, SUITE 103
340 SAN VITORES ROAD
TUMON, GUAM 96913
TELEPHONE (671) 649-1997/8
FACSIMILE (671) 649-1995

Attorney for Intervenor
Terri C. Davis

FILED
DISTRICT COURT OF GUAM
JUN 18 2003
MARY L. M. MORAN
CLERK OF COURT

(25)

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00035 |
| ) | |
| Plaintiff, ) | |
| ) | |
| and TERRI C. DAVIS, ) | |
| ) | **DECLARATION OF SERVICE** |
| Applicant for Intervention ) | |
| ) | |
| vs. ) | |
| ) | |
| GUAM WATERWORKS AUTHORITY ) | |
| and the GOVERNMENT OF GUAM, ) | |
| ) | |
| Defendants. ) | |

I, ROBERT N. DAVIS, declare and state as follows:

1. I represent the Applicant for Intervention TERRI C. DAVIS, in the above-captioned case.

2. As shown on the attachment to this Declaration, on 06/16/2003 I filed a *Notice of Withdrawal of Motion To Intervene* in this matter, and on the same day I personally served copies on the other parties at:

Plaintiff United States of America:    U.S. Attorney
                                        Suite 500, Sirena Plaza Bldg.
                                        108 Hernan Cortez Ave.
                                        Hagatna, Guam 96910

ORIGINAL

| | |
|---|---|
| Defendant Guam Waterworks Authority: | Law Offices of Dooley Lannen Roberts & Fowler LLP<br>Suite 201, Orlean Pacific Plaza<br>865 South Marine Drive<br>Tamuning, Guam 96911 |
| Defendant Government of Guam: | Guam Attorney General's Office<br>Suite 2-200E Guam Judicial Center<br>120 West O'Brien Drive<br>Hagatna, Guam 96910 |

3. Furthermore, I sent a facsimile to the Environmental Protection Agency as a real party in interest in this matter, to:

>ROBERT D. MULLANEY
>Environmental Enforcement Section
>Environment & Natural Resources Division
>Fax: (415) 744-6476

I declare under penalty of perjury, pursuant to Title 6 G.C.A. §4308, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 17th day of June, 2003.

_____
ROBERT N. DAVIS, P.C.
Attorney for Applicant for Intervention
Terri C. Davis

ROBERT N. DAVIS
A PROFESSIONAL CORPORATION
YPAO PLAZA SUITE 105
340 SAN VITORES ROAD
TUMON, GUAM 96913
TELEPHONE (671) 649-1197/8