DOOLEY LANNEN ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

Attorneys for Defendant
Guam Waterworks Authority

**FILED**
DISTRICT COURT OF GUAM

SEP 09 2003

MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT
### TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 02-00035 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **SUBSTITUTION OF COUNSEL** |
| | ) | **AND ORDER** |
| GUAM WATERWORKS AUTHORITY | ) | |
| and the GOVERNMENT OF GUAM, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW the law firm of Dooley Lannen Roberts & Fowler LLP and hereby withdraws as counsel of record for Defendant Guam Waterworks Authority in the above-captioned matter.

COMES NOW, Anthony R. Camacho, Esq., hereby substitutes as counsel of record for Defendant Guam Waterworks Authority in the above-captioned matter. All pleadings and correspondence should be served at the following location:

Anthony R. Camacho, Esq.
Staff Attorney
CCU/GPA/GWA
1911 Route 16
Harmon, Guam 96913
Telephone No. (671) 647-9225/9223
Facsimile No. (671) 647-9224

ORIGINAL

DOOLEY LANNEN ROBERTS & FOWLER LLP

Date: _8/22/03_    By: _~David W Dooley~_
                        **DAVID R. DOOLEY**

Date: _8/25/03_         _Anthony R. Camacho~_
                        **ANTHONY R. CAMACHO**
                        Attorney for Defendant
                        Guam Waterworks Authority

        I consent and agree to the foregoing substitution.

                        GUAM WATERWORKS AUTHORITY

Date: _9/2/03_    By: _Simon N Sanchez~_
                        **SIMON SANCHEZ**, Chairman
                        Consolidated Commission on Utilities, for and on
                        behalf of the Guam Waterworks Authority

APPROVED AND SO ORDERED this _8th_ day of _September_ , 2003.

                        _~signature~_
                        **HONORABLE JOHN S. UNPINGCO**
                        Judge, District Court of Guam

F:\Documents\1\5 Civil\GWA\G142.112 EPA II\Substitution of Counsel.doc

RECEIVED
SEP 05 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2