DOOLEY LANNEN ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96911
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

FILED
DISTRICT COURT OF GUAM
SEP 12 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00035 |
| Plaintiff | |
| Vs. | **CERTIFICATE OF SERVICE** |
| GUAM WATERWORKS AUTHORITY and GOVERNMENT OF GUAM, | |
| Defendant. | |

I, **DAVID W. DOOLEY**, hereby declare that on September 12, 2003, I caused a copy of the Substitution of Counsel and Order filed on September 9, 2003 to be served upon the following:

Anthony R. Camacho, Esq.
Staff Attorney
CCU/GPA/GWA
1911 Route 16
Harmon, Guam 96913

Attorney General of Guam
Office of the Attorney General
Suite 2-200E, Guam Judicial Center
120 West O'Brien Drive
Hagatna, Guam 96910

*USA v. GWA & Government of Guam*
*Civil Case No. 02-00035*
*Certificate of Service*

Office of the United States Attorney
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910

Dated this 12th day of September 2003.

_____
DAVID W. DOOLEY

DWD:lcr F#G142.112 F:\Documents\LROJAS\G142.112 Cert of Service.doc

*Page 2 of 2*