Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 ● USA
(671) 475-3324 ● (671) 472-2493 (Fax)
www.guamattorneygeneral.com ● law@mail.justice.gov.gu

Attorneys for the Government of Guam

**FILED**
DISTRICT COURT OF GUAM
OCT 14 2003
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GUAM WATERWORKS AUTHORITY<br>and the GOVERNMENT OF GUAM,<br><br>　　　　Defendant. | Civil Case No. 02-00035<br><br>**PROOF OF SERVICE** |

I, **FRANCISCO M. SANTOS**, declare:

　　I am an employee of the Attorney General's Office, over the age of eighteen, and not a party in interest in the above-entitled case. I served a copy of the **DEFENDANT GOVERNMENT OF GUAM'S STATUS MEMORANDUM RE BILL 97** on October 09, 2003 by delivering to:

　　　　ANTHONY CAMACHO
　　　　2nd Floor, Rm. 227
　　　　Guam Power Authority Main Office
　　　　Harmon, Guam

Page 1
*Proof of Service re: Defendant Government of Guam's Status Memorandum re: Bill 97*
District Court Case No. 02-00035

**ORIGINAL**

Case 1:02-cv-00035　　Document 34　　Filed 10/14/2003　　Page 1 of 2

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 13th day of October 2003.

_____
FRANCISCO M. SANTOS

Page 2
*Proof of Service re: Defendant Government of Guam's Status Memorandum re: Bill 97*
District Court Case No. 02-00035

Case 1:02-cv-00035   Document 34   Filed 10/14/2003   Page 2 of 2