

Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil Case No. 02-00035 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **PROOF OF SERVICE** |
| ) | |
| GUAM WATERWORKS AUTHORITY ) | |
| and the GOVERNMENT OF GUAM, ) | |
| ) | |
| Defendant. ) | |

**I, JANET L. ROSARIO**, declare:

I am an employee of the Attorney General's Office, over the age of eighteen, and not a party in interest in the above-entitled case. I served a copy of the **DEFENDANT GOVERNMENT OF GUAM'S STATUS MEMORANDUM RE BILL 97** on October 09, 2003 by delivering to:

> U. S. ATTORNEY'S OFFICE
> 5th Floor, Sirena Plaza
> Hagatna, Guam

Page 1
*Proof of Service re: Defendant Government of Guam's Status Memorandum re: Bill 97*
District Court Case No. 02-00035

ORIGINAL

Case 1:02-cv-00035   Document 35   Filed 10/14/2003   Page 1 of 2

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 10th day of October 2003.

JANET L. ROSARIO

Page 2
*Proof of Service re: Defendant Government of Guam's Status Memorandum re: Bill 97*
District Court Case No. 02-00035