Samuel J. Taylor
Staff Attorney
Guam Waterworks Authority
578 North Marine Drive
Tamuning, GU 96913
Ph: (671) 647-7681
Fax: (671) 646-2335



Attorney for Defendant Guam Waterworks Authority

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00035 |
| Plaintiff, | SUBSTITUTION OF COUNSEL |
| vs. | |
| GUAM WATERWORKS AUTHORITY and the GOVERNMENT OF GUAM | |
| Defendants. | |

COMES NOW, Anthony R. Camacho, Esq., counsel for the Consolidated Commission on Utilities and counsel of record for Defendant Guam Waterworks Authority in the above captioned matter, hereby informs this Court and the parties that Anthony R. Camacho hereby withdrawals as counsel of record for Defendant Guam Waterworks Authority and that Samuel J. Taylor, Esq., Staff Attorney for the Guam Waterworks Authority, will substitute as counsel in this matter. All pleadings and correspondence should henceforth be served at the location set forth above.

Dated this 8th day of September, 2004

_____
Anthony R. Camacho
Staff Attorney CCU

_____
Samuel J. Taylor
Staff Attorney GWA

ORIGINAL