FILED
DISTRICT COURT OF GUAM
SEP 20 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GUAM WATERWORKS AUTHORITY and GOVERNMENT OF GUAM,<br><br>Defendants. | Civil Case No. 02-00035<br><br><br><br>ORDER |

On December 20, 2002, the United States of America filed a civil action seeking injunctive relief and the assessment of civil penalties against the defendant, the Guam Waterworks Authority under the Clean Water Act, 33 U.S.C. §§ 1251-1387 ("CWA") and the Safe Drinking Water Act, 42 U.S.C. §§ 300f-300j-26 ("SDWA"). The defendant, the Government of Guam was joined as a statutory defendant in this action pursuant to CWA, 33 U.S.C. § 309(e), 33 U.S.C. § 1319(e). After months of negotiations, the parties were able to reach an agreement on the terms of a Stipulated Order for Preliminary Relief ("Stipulated Order"), which the United States lodged with the Court on May 21, 2003. On June 5, 2003, the Court approved and entered the Stipulated Order submitted by the parties.

On June 12, 2004, the parties filed a Stipulated Motion to Suspend Requirement of Submitting Scheduling Order and to Stay Litigation. Despite the motion requesting the Court stay the proceedings, the Court finds that this matter should be closed for statistical purposes. The Stipulated Order includes a set of schedules requiring GWA to implement a broad range of

measures and is controlling. There is no need to keep this case open to monitor the progress when the parties are capable of ensuring that there is compliance with the terms of the Stipulated Order. Should any party be concerned over an issue, they may request this Court's assistance and the Court can re-open the case to address the matter as well as to enforce any term of the Stipulated Order. Otherwise the Court expects the parties to work together and adhere to the terms of the Stipulated Order.

SO ORDERED this 20 day of September, 2004.

_____
District Judge David Bury*
United States District Judge

Notice is hereby given that this document was entered on the docket on SEP 2 1 2004.
No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ SEP 2 1 2004
Deputy Clerk    Date

---

*The Honorable David Bury, United States District Judge for the District of Arizona, sitting by designation.