U.S. ATTORNEY'S OFFICE
DISTRICTS OF GUAM & NMI
SEP 22 2004
RECEIVED

FILED
DISTRICT COURT OF GUAM
SEP 21 2004
MARY L. M. MORAN
CLERK OF COURT

38

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GUAM WATERWORKS AUTHORITY and GOVERNMENT OF GUAM,<br><br>　　　　Defendants. | Civil Case No. 02-00035<br><br>**JUDGMENT** |

Judgment is hereby entered in accordance with the following:

1. Stipulated Order for Preliminary Relief filed June 5, 2003
2. Stipulation and Order Amending Stipulated Order for Preliminary Relief filed August 9, 2004
3. Order filed September 20, 2004

Dated this 21st day of September, 2004, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Notice is hereby given that this document was entered on the docket on SEP 21 2004. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
SEP 21 2004
By: _____
Deputy Clerk　　Date