SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
ROBERT D. MULLANEY
Environmental Enforcement Section
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel: (415) 744-6491
Fax: (415) 744-6476
LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT 2 5 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Case No. 02-00035 |
| Plaintiff, | ORDER |
| v. | AMENDING STIPULATED |
| GUAM WATERWORKS AUTHORITY and the GOVERNMENT OF GUAM, | ORDER FOR PRELIMINARY RELIEF |
| Defendants. | |

**ORIGINAL**

On October 19, 2006, the United States, the Guam Waterworks Authority, and the Government of Guam submitted a Stipulation in which the parties agreed to make modifications, add some additional requirements, and correct a typographical error in the Stipulated Order for Preliminary Relief filed by this Court on June 5, 2003 ("Stipulated Order"). The parties also submitted an amended Stipulated Order with substituted pages reflecting these changes.

IT IS SO ORDERED this 24th day of October, 2006, that the ~~amended Stipulated Order~~ **Stipulation Amending Stipulated Order for Preliminary Relief** with the substituted pages is hereby approved.

_/s/ Larry A. Burns_
Larry A. Burns
Designated United States District Judge

2