FILED
DISTRICT COURT OF GUAM
OCT 29 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| United States, | CIVIL CASE NO. 02 00035 (D. Guam) |
| Plaintiff, | |
| vs. | ~~NOTICE OF MOTION~~ SJ; AND MOTION FOR SUMMARY JUDGMENT |
| The Guam Waterworks Authority and the Government of Guam | Date: _____ Time: _____ |
| Defendants. | Judge Frances Tydingco-Gatewood |

**TO: PLAINTIFF/DEFENDANT**

<u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that ~~Defendant Guam Waterworks Authority will move the~~ SJ ~~Court on _____ at the hour of _____ .m., or as soon thereafter as counsel may be heard, for dispute resolution.~~

<u>MOTION</u>

The Guam Waterworks Authority ("GWA"), hereby moves this Court for dispute resolution under the Amended Stipulated Order in the above captioned case on, entered into between the United States of America and the Government of Guam and the Guam Waterworks Authority. This motion is made pursuant to Paragraph 68 of this Court's Order described above and is based upon the accompanying Memorandum of Points and Authorities, all files and records in this case, and any and all other evidence which may be adduced at the hearing on this

motion. The Guam Waterworks Authority including oral arguments which is hereby requested by the Guam Waterworks Authority.

Respectfully submitted this 29th day of October, 2007.

By: _____
Samuel J. Taylor
Attorney for Guam Waterworks Authority