Samuel J. Taylor
Staff Attorney
GUAM WATERWORKS AUTHORITY
578 North Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 647-7681
Facsimile No. (671) 646-2335

Attorney for Defendant Guam Waterworks Authority



**FILED**
DISTRICT COURT OF GUAM

OCT 29 2007

**JEANNE G. QUINATA**
Clerk of Court

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00035 (D. Guam) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **AGREEMENT OF HEARING DATE** |
| ) | |
| GUAM WATERWORKS AUTHORITY ) | |
| and the GOVERNMENT OF GUAM, ) | Date: _____ |
| ) | Time: _____ |
| Defendants. ) | Judge Frances Tydingco-Gatewood |
| ) | |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Samuel J. Taylor, am the attorney for the Defendant Guam Waterworks Authority in this matter. I was unable to contact the attorneys for the opposing party in this action as it is Sunday the 28th of October in the mainland and I only received approval to file this motion on October 28, 2007 Guam date and time.

2. The attorney for the opposing party is:

> Section Chief
> Environmental Enforcement Section
> D.J. Ref 90-5-1-1-07942 (Mullaney)
> U.S. Department of Justice
> 301 Howard Street, Suite 1050


ORIGINAL

San Francisco, CA 94105
Facsimile No. (415) 744-6476

3. We agreed upon the following date: __N/A____.

4. I did not call the Deputy Clerk of Court to ensure that the Court is available on the above date.

5. I request oral argument and I am unsure whether the opposing party will oppose oral arguments.

Respectfully submitted this 29th day of October, 2007.

By: _____
Samuel J. Taylor
Attorney for Guam Waterworks Authority