Samuel J. Taylor
GWA Legal Counsel
Guam Waterworks Authority
578 North Marine Corps Drive
Tamuning, GU 96913
Telephone: (671) 647-7681
Facsimile: (671) 646-2335

FILED
DISTRICT COURT OF GUAM
OCT 30 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| United States of America, | CIVIL CASE NO. 02 00035 (D. Guam) |
| Plaintiff, | |
| vs. | ERATA |
| The Guam Waterworks Authority and the Government of Guam | |
| Defendants. | |

### ERATA

The Guam Waterworks Authority ("GWA"), hereby notifies this Court, as well as the parties to this matter, that GWA's made an error when it filed a Motion for Summary Judgment in this matter, rather the caption should have read "Motion for Dispute Resolution." GWA apologizes for any inconvenience caused.

Respectfully submitted this 30th day of October, 2007.

By: _Samuel J. Taylor_
Samuel J. Taylor
Attorney for Guam Waterworks Authority

ORIGINAL