Samuel J. Taylor
Staff Attorney
Guam Waterworks Authority
578 North Marine Drive
Tamuning, GU 96913
Ph: (671) 647-7681
Fax: (671) 646-2335

Attorney for Defendant Guam Waterworks Authority

**FILED**
**DISTRICT COURT OF GUAM**
OCT 30 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| United States of America, | CIVIL CASE NO. 02-00035 |
| Plaintiff, | SUBSTITUTION OF COUNSEL |
| vs. | |
| The Guam Waterworks Authority and the Government of Guam, | |
| Defendants. | |

COMES NOW, Samuel J. Taylor, Esq., Staff Attorney for the Guam Waterworks Authority, will substitute as counsel in this matter for Mr. Anthony R. Camacho as Mr. Camacho no longer is employed by the Consolidated Commission on Utilities nor the Guam Waterworks Authrority. All pleadings and correspondence should henceforth be served at the location set forth above.

Dated this 30th day of October, 2007

_____
Samuel J. Taylor
Staff Attorney GWA

**ORIGINAL**