Samuel J. Taylor
GWA Legal Counsel
Guam Waterworks Authority
578 North Marine Corps Drive
Tamuning, GU 96913
Telephone: (671) 647-7681
Facsimile: (671) 646-2335

**FILED**
DISTRICT COURT OF GUAM

OCT 30 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| United States, | CIVIL CASE NO. 02 00035 (D. Guam) |
| Plaintiff, | |
| vs. | NOTICE OF MOTION |
| The Guam Waterworks Authority and the Government of Guam | Date: _____ <br> Time: _____ |
| Defendants. | Judge Frances Tydingco-Gatewood |

**TO: PLAINTIFF/DEFENDANT**

### NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant Guam Waterworks Authority will move the Court on _____ at the hour of _____ .m., or as soon thereafter as counsel may be heard, for dispute resolution.

Respectfully submitted this 30th day of October, 2007.

By: _____
Samuel J. Taylor
Attorney for Guam Waterworks Authority

**ORIGINAL**