# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE GUAM WATERWORKS AUTHORITY and GOVERNMENT OF GUAM,<br><br>    Defendant. | Civil Case No. 02-00035<br><br>**ORDER** |

This matter is before the court on the Defendants' Motion for Dispute Resolution. Pursuant to 28 U.S.C. § 636(b)(1)(B), this Motion is hereby referred to Magistrate Judge Joaquin V.E. Manibusan, Jr. to schedule for a hearing and to issue his report and recommendation to the court as appropriate.

**SO ORDERED.**

                                            **/s/ Frances M. Tydingco-Gatewood**
                                                  **Chief Judge**
                                            **Dated: Oct 31, 2007**