Samuel J. Taylor
Legal Counsel
Guam Waterworks Authority
578 North Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 647-7681
Facsimile No. (671) 646-2335

**FILED**
**DISTRICT COURT OF GUAM**

OCT 31 2007 $h b^{\nu}$

**JEANNE G. QUINATA**
**Clerk of Court**

Attorney for Defendant Guam Waterworks Authority

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 02-00035 (D. Guam) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| GUAM WATERWORKS AUTHORITY | ) | |
| and the GOVERNMENT OF GUAM, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I, Samuel J. Taylor, hereby declare that on October 29, 2007, I caused a copy of Defendant

Guam Waterworks Authority's (1) Notice of Motion and Motion for Dispute Resolution, (2) and

Memorandum of Points and Authorities in Support of Motion for Dispute Resolution, along with

exhibits pertaining thereto, to be served upon the following via hand delivery:

United States Attorney
District of Guam
Sirena Plaza
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910
Facsimile No. (671) 472-7215

And personally served the following on October 30, 2007

Office of the Guam Attorney General
Justice Building
238 West O'Brien Drive
Hågatña, GU 96910
Facsimile No. (671) 472-2493

ORIGINAL

And upon the following via fax and certified mail on October 30, 2007:

Manager, Pacific Islands Office (CMD-6)
U.S. Environmental Protection Agency, Region 9
74 Hawthorne Street
San Francisco, CA 94105
Fascimile No. (415) 947-3560

And upon the following certified mail on October 30, 2007 (tried fax but it failed):

Section Chief
Environmental Enforcement Section
D.J. Ref 90-5-1-1-07942 (Mullaney)
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Facsimile No. (415) 744-6476

I further served via e-mail a copy of the [Proposed] Order to Mr. Schwab at the Guam U.S. Attorney's Office, Mr. Mullaney of the United States Department of Justice as well as the United States District Court of Guam.

Dated this 31th day of October, 2007.

By: _____
Samuel J. Taylor
Attorney for Guam Waterworks Authority