# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GUAM WATERWORKS AUTHORITY<br>and the GOVERNMENT OF GUAM,<br><br>Defendants. | Civil Case No. 02-00035<br><br><br><br>ORDER |

This matter having been referred to the below-signed Magistrate Judge,

IT IS HEREBY ORDERED that pursuant to ¶68 of the Amended Stipulated Order, the Plaintiff shall file a response to the Defendants' Motion for Dispute Resolution and the issues raised therein by November 29, 2007. Thereafter, the Defendant shall have until December 6, 2007, to file a reply brief thereto. The court will thereafter schedule the matter for an appropriate hearing or conference, if necessary.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Nov 06, 2007**