Samuel J. Taylor
Legal Counsel
Guam Waterworks Authority
578 North Marine Corps Drive
Tamuning, Guam 96913
Telephone No.: (671) 647-7681
Facsimile No.: (671) 646-2335

Attorney for Defendant Guam Waterworks Authority

**FILED**
DISTRICT COURT OF GUAM
NOV 1 4 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GUAM WATERWORKS AUTHORITY ) <br> and the GOVERNMENT OF GUAM, ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL CASE NO. 02-00035 (D. Guam) <br><br> SUBSTITUTION OF COUNSEL <br> ~~AND ORDER~~ |

COMES NOW, Anthony R. Camacho, Esq. hereby withdraws as counsel of record for Defendant Guam Waterworks Authority in the above-captioned matter.

COMES NOW, Samuel J. Taylor, Legal Counsel, hereby substitutes as counsel of record for Defendant Guam Waterworks Authority in the above-captioned matter. All pleadings and correspondence should be served at the following location:

Samuel J. Taylor
Legal Counsel
Guam Waterworks Authority/Consolidated Commission on Utilities
578 North Marine Corps Drive
Tamuning, Guam 96913
Telephone No.: (671) 647-7681
Facsimile No.: (671) 646-2335

**ORIGINAL**

I hereby agree to the withdrawal of counsel for the Guam Waterworks Authority.

LAW OFFICES OF SOMERFLECK AND CAMACHO

Date: 11/14/07    By: _____
                       **ANTHONY R. CAMACHO**

I hereby enter my appearance as attorney of record for the Guam Waterworks Authority.

Date: 11/6/07          _____
                       **SAMUEL J. TAYLOR**
                       Attorney for Defendant
                       Guam Waterworks Authority

I consent and agree to the foregoing substitution.

GUAM WATERWORKS AUTHORITY

Date: 11/8/07    By: _____
                       **SIMON SANCHEZ**, Chairman
                       Consolidated Commission on Utilities, for and on
                       behalf of the Guam Waterworks Authority

APPROVED AND SO ORDERED this ___ day of _____, 2007.    JOP 11/14/07

                       _____
                       **HONORABLE JOAQUIN V.E. MANIBUSAN**
                       Magistrate Judge, District Court of Guam

## GR 19.1 Appearances, Substitutions and Withdrawal of Attorneys.

**(a) Appearances.** Whenever a party has appeared by an attorney, the party may not thereafter appear or act in his or her own behalf in the action, or take any step therein, unless an order of substitution shall first have been made by the Court, after notice to the attorney of such party, and to all other parties; provided, that the Court may in its discretion hear a party in open court, notwithstanding the fact that the party has appeared, or is represented by an attorney.

**(b) Substitutions.** When an attorney of record for any reason ceases to act for a party, such party shall appear in person or appoint another attorney either:

**(1)** by a written substitution of attorney signed by the party, the attorney ceasing to act, and the newly appointed attorney; or

**(2)** by a written designation filed in the cause and served upon the attorney ceasing to act, unless said attorney is deceased, in which event the designation of a new attorney shall so state.

Until such substitution is approved by the Court, the authority of the attorney of record shall continue for all proper purposes.