Samuel J. Taylor
Legal Counsel
Guam Waterworks Authority
578 North Marine Corps Drive
Tamuning, Guam 96913
Telephone No.: (671) 647-7681
Facsimile No.: (671) 646-2335

Attorney for Defendant Guam Waterworks Authority



**FILED**
DISTRICT COURT OF GUAM

NOV 1 4 2007

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 02-00035 (D. Guam) |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| GUAM WATERWORKS AUTHORITY and the GOVERNMENT OF GUAM, | ) | |
| Defendants. | ) | |

I, Samuel J. Taylor, hereby declare that on October 31, 2007, I caused a copy of Defendant Guam Waterworks Authority's (1) Errata pertaining to error in title of Motion; (2) Substitution of Counsel; and (3) Notice of Motion to be served upon the following via hand delivery:

United States Attorney
District of Guam
Sirena Plaza
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910
Facsimile No. (671) 472-7215

And October 30, 2007, personally served the above documents on:

Office of the Guam Attorney General
Justice Building
238 West O'Brien Drive
Hågatña, GU 96910
Facsimile No. (671) 472-2493

**ORIGINAL**

And upon the following via fax on October 31, 2007 and via certified mail on November 1, 2007:

>Manager, Pacific Islands Office (CMD-6)
>U.S. Environmental Protection Agency, Region 9
>74 Hawthorne Street
>San Francisco, CA 94105
>Fascimile No. (415) 947-3560

And upon the following via certified mail on November 1, 2007 and via fax on October 31, 2007, although attempts to send fax failed:

>Section Chief
>Environmental Enforcement Section
>D.J. Ref 90-5-1-1-07942 (Mullaney)
>U.S. Department of Justice
>301 Howard Street, Suite 1050
>San Francisco, CA 94105
>Facsimile No. (415) 744-6476

Dated this 5th day of November, 2007.

By: _____
Samuel J. Taylor
Attorney for Guam Waterworks Authority