Samuel J. Taylor
Legal Counsel
Guam Waterworks Authority
578 North Marine Corps Drive
Tamuning, Guam 96913
Telephone No.: (671) 647-7681
Facsimile No.: (671) 646-2335

Attorney for Defendant Guam Waterworks Authority

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 02-00035 (D. Guam) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING |
| | ) | SUBSTITUTION OF COUNSEL |
| GUAM WATERWORKS AUTHORITY and the GOVERNMENT OF GUAM, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On November 14, 2007, attorney Samuel J. Taylor, Legal Counsel for GWA, for and on behalf of the Guam Waterworks Authority filed a Substitution of Counsel in which Anthony R. Camacho, Esq. withdrew as counsel of record for Defendant Guam Waterworks Authority in the above-captioned matter and attorney Samuel J. Taylor entered his appearance as counsel of record for Defendant Guam Waterworks Authority in the above-captioned matter.

The Substitution of Counsel filed on November 14, 2007 in the above-captioned matter is hereby granted and approved.

IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
   U.S. Magistrate Judge
**Dated: Nov 15, 2007**