ORIGINAL

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
ROBERT D. MULLANEY
Environmental Enforcement Section
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel: (415) 744-6491
Fax: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV 28 2007
JEANNE G. QUINATA
Clerk of Court

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Case No. 02-00035 |
| Plaintiff, | UNITED STATES' MOTION TO FILE PDF VERSION OF DECLARATION OF MICHAEL J. LEE (GR 5.1) |
| vs. | |
| GUAM WATERWORKS AUTHORITY and the GOVERNMENT OF GUAM, | |
| Defendants. | |

The United States of America submits this Motion pursuant to General Rule 5.1(a) to request the Court's permission to file a "pdf version" (facsimile) of the Declaration of Michael J. Lee, an Environmental Engineer for the United States Environmental Protection Agency ("EPA"), in support of the United States' Response to Defendants' motion for dispute resolution. The United States will subsequently file the original version of the Declaration with the signature of Mr. Lee when it is received by this office.

The United States makes this request due to time limitations. Mr. Lee works at EPA's

offices in San Francisco, California. His Declaration is necessary to fully inform the Court of the basis for the United States' opposition to Defendants' motion. See Local Rule 7.1(d). The United States' Response must be filed prior to the time it would take for our office to receive the original Declaration.

The Court's assistance in allowing for the filing of the pdf version of the Declaration, followed by the subsequent filing of the original, is greatly appreciated.

Respectfully submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

Dated: November 26, 2007    By: _____

MIKEL W. SCHWAB
Assistant U.S. Attorney

-2-