ORIGINAL

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
ROBERT MULLANEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
TEL: (415) 744-6483
FAX: (415) 744-6476

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 28 2007
JEANNE G. QUINATA
Clerk of Court

UNITED STATES DISTRICT COURT

FOR DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00035 |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| GUAM WATERWORKS AUTHORITY, and the GOVERNMENT OF GUAM, | |
| Defendants. | |

I, FRANCES B. LEON GUERRERO, Legal Assistant, working in the U.S. Attorney's Office, in the District of Guam hereby certify that on the 28th day of November, 2007, I caused to be served by personal service a copy of the "United States' Response to Defendant's Motion for Dispute Resolution" and "Declaration of Michael J. Lee In Support of United States' response to Defendants' Motion For Dispute Resolution", in the above entitled case to the following attorneys

of record:

Alicia Limtiaco
Attorney General
Office of the Attorney General
   for Guam for the Territory of Guam
287 W. O'Brien Dr.
Hagatna, Guam 96910

Samuel J. Taylor
Legal Counsel
Guam Waterworks Authority/Consolidated
   Commission on Utilities
578 North Marine Corps Drive
Tamuning, Guam 96913

*Frances B. Leon Guerrero*
FRANCES B. LEON GUERRERO
Legal Assistant