Samuel J. Taylor
Staff Attorney
Guam Waterworks Authority
578 North Marine Corps Drive
Tamuning, Guam 96913
Telephone No.: (671) 647-7681
Facsimile No.: (671) 646-2335

Attorney for the Guam Waterworks Authority

FILED
DISTRICT COURT OF GUAM
DEC - 6 2007
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL CASE NO. 02-00035 |
| Plaintiff, | ) |
| vs. | ) **DECLARATION OF PAUL J. KEMP** |
| GUAM WATERWORKS AUTHORITY and the GOVERNMENT OF GUAM, | ) **IN SUPPORT OF DEFENDANT GWA'S REPLY TO THE UNITED STATES' RESPONSE TO DEFENDANT GWA'S MOTION FOR DISPUTE RESOLUTION** |
| Defendants. | ) |

ORIGINAL

I, <u>Paul J. Kemp, M. S.</u>, declare as follows:

1. I am the <u>Assistant General Manager for Compliance and Safety</u> for the Guam Waterworks Authority ("GWA");

2. A part of the work assigned to me in my position is defined in Paragraph 1 <u>Compliance Monitor</u> of the "Stipulation Amending Stipulated Order for Preliminary Relief", CIVIL CASE NO. 02-00035 (SO).

3. As such, I monitor progress and provide certified reports on the progress and status of the work specified in the SO, as well as all other compliance activities at GWA including EPA regulations under the Clean Water Act, Safe Drinking Water Act, Clean Air Act, (applicable parts of CERCLA, RECRA and EPCRA) as well as the Occupational Safety and Health Act and chairing the GWA Safety Committee.

4. Among the duties performed under Paragraph 1, <u>Compliance Monitor</u> of the SO, it has been my privilege to report on each components of the order. A detailed review of the progress under the SO can be read in the most recent Quarterly Compliance Progress Report (No. 14). A listing of the completed parts is as follows:

**Amended SO Paragraphs Completed:**

Paragraph 01, Compliance Monitor
Paragraph 03, General Manager (GM) [Vacant – John M Benavente Interim]
Paragraph 04, Chief Engineer
Paragraph 05, Financial Officers
    (A) Chief Financial Officer (CFO)
    (B) Assistant Chief Financial Officer (ACFO)
Paragraph 06, GM Authority re: CFO
Paragraph 08, GWA Personnel
    (A) Certification of Operators in Direct Responsible Charge
    (B) Engineering Support
    (C) GIS Land Information System Manager
Paragraph 09, GWA Reorganization (in place – on going – ref Alan Searle Study)

Paragraph 10, Water Resources Master Plan (Adopted 01/29/2007 by CCU, EPA Acceptance Letter 06/13/2007)

Paragraph 11, Interim Disinfection Program (in place – on going)

Paragraph 12, Public Water System Chlorine Program

  (A) Interim Disinfection Residual Level Monitoring Program. (In place – on going)

  (B) Chlorine Supply

Paragraph 13, Leak Detection and Response Program (In place – on going)

Paragraph 15, Parts Inventory for POTW and Public Water Systems.

Paragraph 16, Routine Maintenance and Repair for POTW and Public Water Systems

Paragraph 17, Standby Generators.

Paragraph 18, Underground Storage Tanks.

Paragraph 19, Emergency Response Plan

Paragraph 20, Preventive Maintenance Program

Paragraph 21, Upgrade Operation and Maintenance Manuals to meet GEPA requirements.

Paragraph 23, Standard Operating Procedures

Paragraph 24, Vulnerability Assessment

Paragraph 25, Trade Organizations

Paragraph 26, Financial Standard Operating Procedures

Paragraph 32, Financial Reserves

  (1) Debt Service Reserves (Bond Requirement)

  (2) Emergency Operations. Maintenance, Renovation and Replacement Reserves

Paragraph 33, Late Payment Policy

Paragraph 34, Sewer Hook-Up Revolving Loan Fund (pending funds and MOU)

Paragraph 37, Assessment and Refurbishment of the Chaot Wastewater Pump Station and Sewer Collection and Conveyance system.

Paragraph 38, Water Transmission Line Construction Plan

  (A) Water Transmission Line construction Plan.

Paragraph 39, Northern District STP Renovation (SO requirements complete) and Complete a Performance Evaluation of Refurbished Northern District Wastewater Treatment Facility.

Paragraph 40, Hagåtña Main Sewage Pump Station (Diverter box overflow complete – refurb see Paragraph 42)

Paragraph 41, Ugum Surface Water Treatment Facility (Compliance with LT2ESWTR – Rehab; see construction below)

Paragraph 42: Complete refurbishment the Hagåtña Wastewater Treatment Facility and Complete Performance Evaluation of Refurbished Hagåtña Wastewater Treatment Facility.

Paragraph 43, CPE of Agat, Baza Gardens and Umatac-Merizo STP's (CPE data entered into WRMP)

Paragraph 45, Rehabilitation / Replacement of Drinking Water Wells (plan).

Paragraph 46, Operator Training, (in place – on going; Recruitment of Training coordinator in progress.)

Paragraph 47, Other Training, (in place – on going; Recruitment of Training coordinator in progress.)

Paragraph 48, Quarterly compliance Progress Reports, Issue No. 14 is Current

5.  In addition all other projects, called for in the SO are under way. Again. a detailed review of the progress under the SO can be read in the most recent Quarterly Compliance Progress Report (No. 14). A listing of the in-progress parts is as follows:

SO 12 (C): Upgrade of Groundwater Chlorination System.

SO 14: Water Meter Improvement Program.

SO 22: GWA's Authority to overcome Barriers to Compliance with the Stipulated Order.

SO 28: Interim Financial Plan.

SO 29: PUC Approval of Interim Financial Plan.

SO 30: Approval of Final Financial Plan.

SO 31: Five year Financial Plan.

SO 35: New Hagåtña Ocean Outfall.

SO 36: New Northern District Ocean Outfall.

SO 38 (B): Sinajana Water Transmission Line Project.

SO 38 (C): Water Reservoirs Condition Assessment.

SO 41: Complete Ugum Construction Work.

SO 42: Complete refurb. of the Hagåtña Main Wastewater Lift Station

SO 44: Santa Rita Spring Booster Pump Station Rehabilitation.

6. Note that paragraphs not listed above involve administration of the SO and do not involve deliverables with report or compliance dates.

7. In summary, work is under way on 100% of the items requiring action and reports, and of the 57 deliverables, more than ¾ of them (75.4%) have been completed.

I declare under penalty of perjury under the laws of the Territory of Guam and the United States of America that the foregoing is true and correct.

Executed this 4th day of December, 2007 at Tamuning, Guam.

_____
Paul J. Kemp, M. S.
GWA AGM for Compliance and Safety