Samuel J. Taylor
Legal Counsel
Guam Waterworks Authority
578 North Marine Corps Drive
Tamuning, Guam 96913
Telephone No.: (671) 647-7681
Facsimile No.: (671) 646-2335

**FILED**
DISTRICT COURT OF GUAM

DEC - 6 2007 @
9:40

JEANNE G. QUINATA
Clerk of Court

Attorney for Defendant Guam Waterworks Authority

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 02-00035 (D. Guam) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| GUAM WATERWORKS AUTHORITY | ) | |
| and the GOVERNMENT OF GUAM, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I, Samuel J. Taylor, hereby declare that on November 14, I caused a copy of Defendant

Guam Waterworks Authority's Substitution of Counsel filed November 14, 2007 to be served upon

the following via hand delivery:

United States Attorney
District of Guam
Sirena Plaza
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910
Facsimile No. (671) 472-7215

and November 19, 2007, caused a copy of the above-referenced document to be served on:

Office of the Guam Attorney General
Justice Building
238 West O'Brien Drive
Hågatña, GU 96910
Facsimile No. (671) 472-2493



ORIGINAL

And upon the following via fax on November 15, 2007 and via certified mail on November 19, 2007:

Manager, Pacific Islands Office (CMD-6)
U.S. Environmental Protection Agency, Region 9
74 Hawthorne Street
San Francisco, CA 94105
Fascimile No. (415) 947-3560

and upon the following via certified mail on November 19, 2007 and via fax on November 15, 2007, although attempt to send fax failed:

Section Chief
Environmental Enforcement Section
D.J. Ref 90-5-1-1-07942 (Mullaney)
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Facsimile No. (415) 744-6476

Dated this 19th day of November, 2007.

By: _____
Samuel J. Taylor
Attorney for Guam Waterworks Authority