Samuel J. Taylor
Legal Counsel
Guam Waterworks Authority
578 North Marine Corps Drive
Tamuning, Guam 96913
Telephone No.: (671) 647-7681
Facsimile No.: (671) 646-2335

Attorney for Defendant Guam Waterworks Authority




**FILED**
DISTRICT COURT OF GUAM

DEC 10 2007

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00035 (D. Guam) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| GUAM WATERWORKS AUTHORITY ) | |
| and the GOVERNMENT OF GUAM, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

I, Samuel J. Taylor, hereby declare that on December 6, 2007, I caused a copy of Defendant Guam Waterworks Authority's Reply to the United States' Response to the Guam Waterworks Authority's Motion for Dispute Resolution, Declaration of Simon A. Sanchez, Declaration of Donald Charles Antrobus, Declaration of Paul J. Kemp and Declaration of Julie R. Shane, all filed on December 6, 2007, to be served upon the following via hand delivery:

United States Attorney
District of Guam
Sirena Plaza
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910
Facsimile No. (671) 472-7215

//

**ORIGINAL**

and on December 6, 2007, I caused a copy of the above-referenced documents to be served on:

> Office of the Guam Attorney General
> Justice Building
> 238 West O'Brien Drive
> Hågatña, GU 96910
> Facsimile No. (671) 472-2493

and upon the following via certified mail on December 6, 2007 and via fax on December 6, 2007:

> Manager, Pacific Islands Office (CMD-6)
> U.S. Environmental Protection Agency, Region 9
> 74 Hawthorne Street
> San Francisco, CA 94105
> Fascimile No. (415) 947-3560

and upon the following via certified mail on December 6, 2007 and via fax on December 6, 2007, although attempt to send fax failed:

> Section Chief
> Environmental Enforcement Section
> D.J. Ref 90-5-1-1-07942 (Mullaney)
> U.S. Department of Justice
> 301 Howard Street, Suite 1050
> San Francisco, CA 94105
> Facsimile No. (415) 744-6476

Dated this 10th day of December, 2007.

By: _____
Samuel J. Taylor
Attorney for Guam Waterworks Authority