# IN THE  DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00035 |
| Plaintiff, | |
| vs. | **ORDER RE: STATUS HEARING** |
| GUAM WATERWORKS AUTHORITY and GOVERNMENT OF GUAM, | |
| Defendant. | |

This matter came before the court on January 13, 2010, for a quarterly status hearing. At that time, Guam Waterworks Authority ("GWA") and the United States Environmental Protection Agency reported on the status of the projects GWA is required to perform pursuant to the Stipulated Order. The court noticed that the Defendant, the Government of Guam did not make an appearance and was not represented by counsel. The court finds that it is important that the Government of Guam becomes more  involved in this case. Accordingly, the Attorney General is ordered to attend the next status hearing scheduled for April 7, 2010 at 9:00 a.m. Counsel for the Government should be in attendance and fully prepared to participate in the proceedings.

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Feb 23, 2010**