# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-02-00035          DATE: October 07, 2011
CAPTION: USA vs. Guam Waterworks Authority

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley      Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 9:11 - 10:57
CSO: L. Ogo

---

**APPEARANCES:**

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| Mikel Schwab | Samuel Taylor for GWA |
| Fatima Ty, U.S. EPA | Pat Mason for the Government of Guam |
| Robert Mullaney, U.S. EPA (via video) | Also Present: Martin Roush, GWA General Manager |
| | Simon Sanchez II, CUC Chairman |
| | John Benavente, CUC General Manager |

---

**PROCEEDINGS: GWA's Objections to the Magistrate Judge's July 7, 2011 Report and Recommendation**

- Parties argued their positions .
- Court to issue order.

NOTES: Others Present: See attached sheet.

| US ATTORNEYS | GUAM WATERWORKS AUTHORITY |
| --- | --- |
| Robert D. Mullaney, US DoJ (Via VTC)<br>Gary Hess, Ast. Regional Counsel (EPA) (Via VTC)<br>Mikel Schwab | Counsel<br><br>Samuel J. Taylor |
| **U.S. EPA** | **GOVERNMENT OF GUAM** |
| Fatima Ty, Region IX<br>Ken Greenburg, Region IX (Via VTC)<br>Nancy Woo (Via VTC)<br>Barry Pollock (Via VTC)<br>Michael Lee (Via VTC) | Patrick Mason, Assistant Attorney General |
| **GUAM WATERWORKS AUTHORITY** | **CONSOLIDATED COMMISSION ON UTILITIES** |
| John Benavente, GM-Consolidated Utility Service<br>Martin Roush, General Manager, GWA<br>Paul Kemp, Asst. GM, Safety & Compliance, GWA<br>Gerald Fitzgibbon, GM, Veolia Water Guam<br>Gilda Mafnas, GWA<br>Heidi Ballendorf, GWA<br>Greg Cruz, GWA | Simon Sanchez II, Chairman<br>Joseph T. Duenas, Treasurer |
| **OTHERS PRESENT** | **GUAM ENVIRONMENTAL PROTECTION AGENCY**<br>Angel Marquez<br>Maricar Quezon |